UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RADIANA DIMITROVA,**

    **Plaintiff,**

v.                                               Case No. 8:07-cv-476-T-30TBM

**MICHAEL CHERTOFF, ROBERT
DIVINE, JACK BULGER, OFFICE OF
GENERAL COUNSEL, USDHS,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Defendants' Motion to Dismiss (Dkt. #8). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Dismiss (Dkt. #8) is GRANTED.

2. This cause is dismissed.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2007.

                                                 JAMES S. MOODY, JR.
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-476.dismissal 8.wpd